# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0430
Lower Tribunal No. 23-CT-501137

_____

DANIEL PETER BARRASSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Lee County.
Devin S. George, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and PRATT, JJ., concur.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED